**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367

CHRISTINA R. MANALO [CA STATE BAR NO. 297718]
christina@jmllaw.com
EMILY KARSIK [CA STATE BAR NO. 354681]
ekarsik@jmllaw.com

Attorneys for Plaintiff
**Marsha Thomasson**

Douglas E. Dexter (State Bar No. 115868)
ddexter@fbm.com
Ryan H. Wessels (State Bar No. 318538)
rwessels@fbm.com
Douglas A. Lewis (State Bar No. 357641)
dlewis@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
AMAZON.COM SERVICES LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHA THOMASSON, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive;<br><br>    Defendants. | Case No. 2:24-cv-03563-DJC-JDP<br>*(Assigned for all purposes to the District Judge Daniel J. Calabretta and Magistrate Judge Jeremy D. Peterson)*<br><br>**ORDER DIMISSING ACTION WITH PREJUDICE** |

# ORDER

After full consideration of an executed Joint Stipulation Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  September 23, 2025       /s/ Daniel J. Calabretta
                                 ─────────────────────────────
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE